

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2014

No. 04-14-00386-CV

Arturo Rene **ANAYA**,
Appellant

v.

Juliana **CASTILLO**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVG-00820-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

A filing fee of $195.00 was due from appellant Arturo Rene Anaya when this appeal was filed but was not paid. *See* TEX. GOV'T CODE ANN. § 51.941(a) (West 2013); *id.* §§ 51.0051, 51.207(b)(1), 51.208 (West 2013); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). The clerk of the court notified appellant of this deficiency in a letter dated May 30, 2014, and stated the fee must be remitted no later than June 9, 2014. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay –
> at the time an item is presented for filing – whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **order** appellant, **not later than July 11, 2014**, to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_Sandee Bryan Marion_

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2014.

_Keith E. Hottle_

Keith E. Hottle
Clerk of Court